IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: V.R. KING CONSTRUCTION, LLCD

    Debtor

CHAPTER 7

Y2 YOGA COTSWOLD, LLC

CASE NO: 18-31635

    Plaintiff,

V.

ADV. PROC. NO: 19-03047

VINROY W. REID, V.R. KING
CONSTRUCTION, LLC
A. BURTON SHUFORD CHAPTER 7 TRUSTEE
FOR V.R. KING CONSTRUCTION, LLC
AND VINROY REID

    Defendants.

## AMENDED DESIGNATION OF RECORD ON APPEAL

NOW COMES, Defendant-Appellant, VR King Construction, LLC (hereinafter "Appellant" or "Defendant") and shows unto this Court its Designation of The Record on Appeal and states as follows:

The Appellant designates the following items to be included in the record.

| Bankruptcy Court Number | Date Entered /Flied | Description |
|---|---|---|
| 1 | 10.31.2018 | Voluntary Petition Under Chapter 11 |
| 1 | 8.23.2019 | Adversary case 19-03047. Complaint 21 for Declaratory Relief to Confirm Validity, Priority and Extent of Liens on Real Property and Allow Charges Pursuant to 11 U.S.C. Section 506(b) |
| 11 | 10.22.2019 | Answer to Complaint (RE: related document(s)1 Complaint filed by Plaintiff Y2 Yoga Cotswold, LLC) |
| 12 | 10.24.2019 | Answer to Complaint and Motion to Dismiss Complaint |
| 17 | 4.14.2020 | Motion for Judgment on the Pleadings, Alternate Motion for Summary Judgment. |
| 20 | 4.16.2020 | Second Motion to Dismiss Adversary Proceeding |
| 24 | 4.28.2020 | Response of A. Burton Shuford, Trustee to Motion for Judgment on the Pleadings, Alternate Motion for Summary Judgment |
| 25 | 4.29.2020 | Response in Opposition to Hearing scheduled |
| 26 | 4.29.2020 | Response of Y2 Yoga Cotswold, LLC to Motions to |

| | | Dismiss |
|---|---|---|
| 28 | 4.30.2020 | Affidavit, Verification on Pleading and Declaration Under Penalty of Perjury |
| 32 | 5.1.2020 | Brief of Defendant A. Burton Shuford, Trustee for V.R. King Construction, LLC, in Support of Motions to Dismiss ( |
| 34 | 5.1.2020 | Brief of Plaintiff Y2 Yoga Cotswold, LLC in Support of Motion for Judgment on the Pleadings, Alternate Motion for Summary Judgment |
| 36 | 5.4.2020 | Affidavit, Verification of Pleading and Declaration Under Penalty of Perjury of Tanner Bazemore |
| 38 | 5.4.2020 | Brief - Reply Brief of Defendant A. Burton Shuford, Trustee for V.R. King Construction, LLC |
| 39 | 5.4.2020 | Response (RE: related document(s)34 Brief filed by Plaintiff Y2 Yoga Cotswold, LLC |
| 40 | 5.4.2020 | Response of Plaintiff Y2 Yoga Cotswold, LLC to Brief of Defendant A. Burton Shuford, Trustee for V.R. King Construction, LLC, in Support of Motions to Dismiss |
| | 5.6.2020 | Transcript of hearing held on May 6, 2020, by the Honorable Laura T. Beyer Granting in Part/Denying in Part as Not ripe: Y2 Yoga Cotswold, LLC; Y2 Yoga Cotswold, LLC to File Amended Proof Of Claim by 7/20/2020, Objections withNotice of a Hearing Are Due By 7/20/2020; Denying Defendant A BurtonShuford's Motion to Dismiss; and Denying Appellant-Defendant V.R. King'sMotion to Dismiss; |
| | 6.19.2020 | Transcript of hearing held on June 19, 2020, by the Honorable Laura T. Beyer Granting in Part/Denying in Part as Not ripe: Y2 Yoga Cotswold, LLC; Y2 Yoga Cotswold, LLC to File Amended Proof Of Claim by 7/20/2020, Objections withNotice of a Hearing Are Due By 7/20/2020; Denying Defendant A BurtonShuford's Motion to Dismiss; and Denying Appellant-Defendant V.R. King'sMotion to Dismiss; |
| 49 | 5.18.2020 | Motion For Judgment on the Pleadings, Alternative Motion for Summary Judgment. |
| 51 | 5.29.2020 | Brief - Supplemental Brief of Defendant A. Burton Shuford, Trustee for VR King Construction |
| 52 | 5.29.2020 | Motion Memorandum In Support Of Motion to Dismiss |
| 53 | 5.26.2020 | Brief Supplemental Brief In Opposition. |
| 54 | 5.29.2020 | Brief /Supplemental Brief of Plaintiff; Response to Supplemental Brief Of Defendant. |
| 57 | 6.5.2020 | Brief - Reply Brief of Defendant |
| 58 | 6.8.2020 | Response /Plaintiff's Response to Defendant V.R. King Construction, LLC's |
| | 6.19.2020 | Disposition of Hearing Held before the Honorable Laura T. Beyer: SATISFIED |
| | 6.19.2020 | Disposition of Hearing Held before the Honorable Laura T. Beyer: |
| | 6.19.2020 | Disposition of Hearing Held before the Honorable Laura |

|    |            |                                                                                                                                                                                                                                                                                                                              |
|----|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |            | T. Beyer: GRANTED IN PART/DENIED IN PART AS NOT RIPE;                                                                                                                                                                                                                                                                        |
|    | 6.19.2020  | Disposition of Hearing Held before the Honorable Laura T. Beyer: DENIED                                                                                                                                                                                                                                                      |
|    | 6.19.2020  | Disposition of Hearing Held before the Honorable Laura T. Beyer: DENIED                                                                                                                                                                                                                                                      |
| 62 | 12.2.2020  | Memorandum Opinion and Order Granting in Part Plaintiff's Motion for Summary Judgment; Denying Defendants' Motion to Dismiss, Motions for Judgment on the Pleadings and Alternate Motions for Summary Judgment; Deferring Ruling on Certain Issues Pertaining to 11 U.S.C. Section 506(B); and Setting Deadlines for Filing of Proof of Claims and Any Objections Thereto |
| 63 | 12.14.2020 | Motion To Reconsider                                                                                                                                                                                                                                                                                                         |
| 66 | 1.13.2021  | Response and Objection to Motion Requesting Reconsideration                                                                                                                                                                                                                                                                  |
| 67 | 1.29.2021  | Amended and Supplemental Declaration of David G. Guidry                                                                                                                                                                                                                                                                      |
|    | 2.2.2021   | Disposition of Hearing Held before the Honorable Laura T. Beyer: DENIED                                                                                                                                                                                                                                                      |
| 76 | 2.18.2021  | Order Denying Defendant's Motion Requesting Reconsideration.                                                                                                                                                                                                                                                                 |
| 77 | 3.4.2021   | Notice of Appeal to District Court.                                                                                                                                                                                                                                                                                          |
| 83 | 4.5.2021   | Request For Transcript for hearing on DATE: 5/6/2021 by Randel Raison.                                                                                                                                                                                                                                                       |
| 84 | 4.5.2021   | Request For Transcript for hearing on DATE: 6/19/2020 by Randel Raison                                                                                                                                                                                                                                                       |

This the 24th day of August, 2021,

                                              THE LEWIS LAW FIRM, PA.

                                              ls/Robert Lewis, Jr.
                                              ROBERT LEWIS, JR.
                                              Attorney for Debtor
                                              NC Bar # 35806
                                              PO BOX 1446
                                              Raleigh, NC  27602
                                              Telephone: 919-719-3906
                                              Facsimile: 919-5739161
                                              rlewis@thelewislawfirm.com

THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: V.R. KING CONSTRUCTION, LLC

        Debtor         CHAPTER 7

Y2 YOGA COTSWOLD, LLC         CASE NO: 18-31635

        Plaintiff,

V.

        ADV. PROC. NO: 19-03047

VINROY W. REID, V.R. KING
CONSTRUCTION, LLC
A. BURTON SHUFORD CHAPTER 7 TRUSTEE
FOR V.R. KING CONSTRUCTION, LLC
AND VINROY REID

Defendants.

## CERTIFICATE OF SERVICE

I, Robert Lewis, Jr., do hereby certify, under penalty of perjury, that I am sufficient age to tender service; and that on this day I had served the attached **AMENDED DESIGNATION OF RECORD ON APPEAL,** , by regular mail and or electronic mail, upon the parties set forth below:

Shelley K. Abel
Bankruptcy Administrator (via ECF)
402 West Trade Street
Suite 200
Charlotte, NC 27601
Tel: 704-3507590
Fax: 704-344-6666

James H. Henderson (via ECF)
1120 Greenwood Cliff
Charlotte NC 28202-2826
Tel: 704-333-3444
Fax: 704-333-5003

A.Burton Shuford (via ECF)
4700 Lebanon Road,
Suite A-2 Mint Hill, NC 28227
Tel: (980) 321-7005
Fax: (704) 943-1152

Vinroy W. Reid (via U.S. Mail)
P.O. Box 5035

Charlotte, North Carolina 28229

This the 24th day of August 2021.

                                                   The Lewis Law Firm, P.A.
                                                   /s/Robert Lewis, Jr.
                                                   ROBERT LEWIS, JR.
                                                   Attorney for the Debtor,
                                                   P.O. Box 1446
                                                   Raleigh, NC 27602
                                                   Telephone: 919.719.3906
                                                   Facsimile:  919.573.9161